MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1340 L Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
LUCAS SKATES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUCAS E. SKATES,<br>Defendants. | CASE NO. 5:26-PO-00168 CDB<br>STIPULATION TO CONTINUE THE STATUS CONFERENCE; ~~[PROPOSED]~~ ORDER<br>DATE: November 3, 2026<br>TIME: 10:00 a.m.<br>JUDGE: Christopher D. Baker |

**STIPULATION**

COMES NOW, Defendant, LUCAS SKATES, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on November 3, 2026, at 10:00 a.m.
2. By this stipulation, defendant now moves to continue the status conference from November 3, 2026, until December 1, 2026, at 10:00 a.m.

3. The parties agree and stipulate, and request that the court find the following:

   a. Counsel is reviewing discovery and collecting additional documents to review with the AUSA Luke Baty before a disposition can be reached.

   b. As such, I am requesting this matter be continued to December 1, 2026.

**IT IS SO STIPULATED.**

DATED: October 28, 2026

*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Counsel for Defendant
Lucas Skates

DATED: October 28, 2026

*/s/ Luke Baty*
LUKE BATY
Assistant United States Attorney

**ORDER ON STIPULATION**

Good cause appearing, it is HEREBY ORDERED that the status conference currently set for November 3, 2026, is continued to December 1, 2026, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **October 30, 2026**

UNITED STATES MAGISTRATE JUDGE